*Wednesday, December 11, 1996*

## MOTION DOCKET

**96–2656.   Castle Nursing Homes, Inc. v. Sullivan.**
Holmes App. No. 95CA541.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellant's motion for stay of judgment of the Holmes County Court of Appeals' opinion and judgment entry filed November 21, 1996,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted through the pendency of the appeal to this court.

MOYER, C.J., and STRATTON, J., dissent.

## RECONSIDERATION DOCKET

**96–2085.   Grove v. Tracy.**
Board of Tax Appeals, Nos. 95–K–264 and 95–K–265.   Reported at 77 Ohio St.3d 1459, 672 N.E.2d 182.

IT IS ORDERED by the court that the motion for reconsideration of the dismissal of the appeal for want of prosecution be, and hereby is, denied.

*Thursday, December 12, 1996*

## MERIT DOCKET

**96–2681.   Almurabitu v. State.**
In Prohibition.   This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

## MOTION DOCKET

**96–2674.   Haynes v. Kaiser.**
Geauga App. No. 96–G–1984.   This cause is pending before the court as a discretionary appeal.   Upon consideration of appellant's motion for stay of the court of appeals' judgment entry,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

*Monday, December 16, 1996*

## MERIT DOCKET

**96–2686.   State ex rel. Brown v. Jensen.**
In Prohibition.   This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

## MOTION DOCKET

**96–2709.   Blackburn v. Lauder.**
Lawrence App. No. 96CA5.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.